No. 14,184.

Maneotis v. Cross et al.
(77 P. [2d] 1199)

Decided February 28, 1938. Rehearing denied March 14, 1938.

Judgment affirmed in department without written opinion, Mr. Chief Justice Burke, Mr. Justice Bouck, Mr. Justice Young and Mr. Justice Knous participating.

Mr. Addison M. Gooding, for plaintiff in error.

Mr. C. R. Monson, Mr. J. F. Meador, for defendants in error.